**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JAY PAUL PORTON,

        Plaintiff,

v.                                                  Case No:  6:15-cv-566-Orl-40KRS

SP ONE, LTD and ROYAL AMERICAN
MANAGEMENT INC.,

        Defendants.
_____/

## ORDER

This cause comes before the Court on Defendants' Motion to Compel Plaintiff's Rule 26 Disclosures and Motion for Sanctions for Violation of Court Order (Doc. 27) filed on March 3, 2015. The United States Magistrate Judge has submitted a report recommending that the motion be granted and that Plaintiff's complaint be dismissed with prejudice. (Doc. 43).

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed,[1] the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

---

[1] The Report and Recommendation ("R&R") was mailed to Plaintiff on March 20, 2015. Subsequently, on March 24, 2015, Plaintiff filed what is entitled a "Motion for Rule 11, Discharge of Defendants['] Attorney[s]." (Doc. 45). The Court does not construe this filing to be an objection to the R&R, as it does not address any of the factual or legal findings made by the Magistrate Judge in her R&R. Moreover, the Court is aware that Plaintiff was arrested on April 2, 2015, fourteen days after the R&R was issued. Under the Federal Rules of Civil Procedure, Plaintiff is allowed fourteen days, plus three mailing days, to submit objections to R&Rs. Twenty-four days have passed since the R&R was issued and Plaintiff has not filed an objection to the R&R. Thus, it is ripe for the Court's consideration.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed March 19, 2015 (Doc. 43), is **ADOPTED and CONFIRMED** and made a part of this Order.

2. The Motion to Compel Plaintiff's Rule 26 Disclosures and Motion for Sanctions for Violation of Court Order (Doc. 27) is **GRANTED**.

3. Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

4. All pending motions (Docs. 32, 34, 35, 36, 37, 45) are **DENIED AS MOOT**.

5. The Clerk of Court is **DIRECTED** to terminate all deadlines and close the file.

**DONE AND ORDERED** in Orlando, Florida on April 13, 2015.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

2